UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGE BARTZ,<br><br>            Plaintiff,<br><br>  vs.<br><br>MAGGIE MILLER-STOUT,<br><br>            Defendant. | NO. CV-08-272-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING FIRST AMENDED COMPLAINT WITHOUT PREJUDICE<br><br>**1915(g)** |

BEFORE THE COURT is Plaintiff's Objection to Report and Recommendation to Dismiss Without Prejudice First Amended Complaint (Ct. Rec. 36). Plaintiff, a *pro se* prisoner at the Airway Heights Correction Center, has paid the full filing fee; Defendant was not served.

After review of Mr. Bartz Objections and the file as a whole, for the reasons set forth by the Magistrate Judge, **IT IS ORDERED** the Report and Recommendation (Ct. Rec. 35) is **ADOPTED in its entirety**. **IT IS ORDERED** the First Amended Complaint is **DISMISSED without prejudice** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1). **IT IS FURTHER ORDERED** all pending motions are **DENIED as moot**.

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING FIRST AMENDED COMPLAINT WITHOUT PREJUDICE -- 1

Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).  **Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915**.  **This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, enter judgment, and close the file.  The District Court Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division.

**DATED** this ___9th___ day of November, 2009.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING FIRST AMENDED COMPLAINT WITHOUT PREJUDICE -- 2