UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

GEORGE BARTZ,

        Plaintiff,

   v.

MAGGIE MILLER-STOUT,

        Defendants.

CV-08-272-CI

**JUDGMENT**

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED** in its entirety. The First Amended Complaint is **DISMISSED WITHOUT PREJUDICE**. All pending motions are **DENIED** as moot, and Judgment is entered.

DATED: November 9, 2009.

                        JAMES R. LARSEN

                        District Court Executive/Clerk

                        s/ L. Stejskal, Deputy Clerk