UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

GEORGE BARTZ,

                         Plaintiff,

   vs.

MAGGIE MILLER-STOUT,

                    Defendant.

NO.  CV-08-272-CI

ORDER DENYING MOTION FOR RECONSIDERATION

**BEFORE THE COURT** is Plaintiff's Motion for Reconsideration of the Order Denying his Motion to Reopen Time to Appeal (Ct. Rec. 50). The court finds no basis to reconsider its prior ruling on the issue of reopening the time to appeal. As the court found, Mr. Bartz has admitted receiving notice of the entry of the Judgment in this action at least by December 11, 2009, which is more than 7 days before he submitted his Notice of Appeal on December 21, 2009. *See* Fed. R. App. P. 4(a)(6)(B). Therefore, regardless of his other allegations, this court finds reopening the time to appeal is not warranted. Accordingly, **IT IS ORDERED** Plaintiff's motion (Ct. Rec. 50) is **DENIED.**

      **DATED** this___12th____day of March, 2010.

                            *s/Lonny R. Suko*

                            LONNY R. SUKO
                     CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR RECONSIDERATION -- 1