UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGE BARTZ, a/k/a George D. Bartz,<br><br>    Plaintiff,<br><br>vs.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, ELDON VAIL, and BERNIE WARNER,<br><br>    Defendants. | NO.  CV-08-272-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, GRANTING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; DISMISSING ALL FEDERAL CLAIMS AND DECLINING SUPPLEMENTAL JURISDICTION |

    BEFORE THE COURT is Plaintiff's Objection to Report and Recommendation to Deny . . . (ECF No. 107).  Plaintiff is a *pro se* prisoner at the Airway Heights Correction Center.  After review of Mr. Bartz Objections and the file as a whole, for the reasons set forth by the Magistrate Judge, **IT IS ORDERED** the Report and Recommendation (ECF No. 106) is **ADOPTED in its entirety.  IT IS ORDERED** that:

    1. Defendant's Motion for Summary Judgment, **ECF No. 93**, is **GRANTED** in part;

    2. Plaintiff's Motion for Summary Judgment, **ECF No. 100**, is **DENIED**;

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

3. Plaintiff's § 1983 claim is dismissed for failure to state a claim;

4. Plaintiff's Supremacy Clause claim is dismissed for failure to state a claim; and

5. Plaintiff's state law claims are dismissed without prejudice;

**IT IS FURTHER ORDERED** all pending motions are **DENIED as moot.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, enter judgment, and **close the file**. The District Court Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division.

**DATED** this 9th day of April, 2013.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2